eral *Jackson,* Assistant Attorney General *Morris,* and *Messrs. Sewall Key, Berryman Green, Warner W. Gardner, Harold Lee,* and *E. K. Neumann* for respondent.

No. 720. BOARD OF COUNTY COMMISSIONERS *v.* UNITED STATES. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Thomas M. Lillard* for petitioner. *Solicitor General Jackson* for the United States.

No. 750. OKLAHOMA PACKING CO. ET AL. *v.* OKLAHOMA GAS & ELECTRIC CO. ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. W. R. Brown* for petitioners. *Messrs. I. J. Underwood, Robert M. Rainey,* and *Streeter B. Flynn* for respondents.

No. 749. SNYDER *v.* MILWAUKEE. April 17, 1939. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Messrs. A. W. Richter* and *Osmond K. Fraenkel* for petitioner. *Mr. Walter J. Mattison* for respondent.

No. 865. BRANON *v.* UNITED STATES ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward F. Merrill* for petitioner. No appearance for respondents.